93 So.2d 801

BROTHERHOOD OF RAILROAD TRAIN-
MEN INS. DEPT., Inc.

v.

Elsie N. PEMBERTON.

6 Div. 121.

Supreme Court of Alabama.

March 21, 1957.

Jackson, Rives, Pettus & Peterson, Birmingham, for petitioner.

Taylor, Higgins, Windham & Perdue, Birmingham, opposed.

SIMPSON, Justice.

Petition of Brotherhood of Railroad Trainmen Ins. Dept., Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Brotherhood of Railroad Trainmen Ins. Dept. v. Pemberton, 93 So.2d 797.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

93 So.2d 811

A. E. BURGESS et al.

v.

Isaac WOODSON, Sr., et al.

6 Div. 118.

Supreme Court of Alabama.

Jan. 25, 1957.

PER CURIAM.

Affirmed.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and COLEMAN, JJ., concur.

93 So.2d 445

Andrew BUTLER

v.

STATE.

5 Div. 653.

Supreme Court of Alabama.

March 7, 1957.

Geo. P. Howard, Wetumpka, for petitioner.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Andrew Butler for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Butler v. State, 93 So.2d 441.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.